New Age Acupuncture, P.C., as Assignee of SEBASTIAN MONTOYA, Appellant, 
against
21st Century Insurance Company, Respondent.



Appeal from an order of the Civil Court of the City of New York, Kings County (Katherine A. Levine, J.), entered July 23, 2014. The order, insofar as appealed from, granted the branch of defendant's motion seeking summary judgment dismissing so much of the complaint as sought to recover for services billed using CPT code 97026.




ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, and the branch of defendant's motion seeking summary judgment dismissing so much of the complaint as sought to recover for services billed using CPT code 97026 is denied.
In this action by provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint. Plaintiff appeals from so much of an order of the Civil Court as granted the branch of defendant's motion seeking summary judgment dismissing the portion of the complaint as sought to recover for services billed using CPT code 97026.
Upon a review of the record, we find that defendant's moving papers failed to demonstrate defendant's prima facie entitlement to summary judgment with respect to so much of the complaint as sought to recover for services billed using CPT code 97026 (Rogy Med., P.C. v Mercury Cas. Co., 23 Misc 3d 132[A], 2009 NY Slip Op 50732[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2009]; see generally Sunrise Acupuncture PC v Tri-State Consumer Ins. Co., 42 Misc 3d 151[A], 2014 NY Slip Op 50435[U] [App Term, 1st Dept 2014]).
Accordingly, the order, insofar as appealed from, is reversed and the branch of defendant's motion seeking summary judgment dismissing so much of the complaint as sought to recover for services billed using CPT code 97026 is denied.
Elliot, J.P., Weston and Solomon, JJ., concur.
Decision Date: May 05, 2016